FILED: March 20, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 19-2208 (L)
(2:14-cv-16744)

---

RON FOSTER; FOSTER FARMS, LLC; MARKETING & PLANNING SPECIALISTS LIMITED PARTNERSHIP

Plaintiffs - Appellants

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE M. ZELDIN, in his official capacity as Administrator of the Environmental Protection Agency

Defendants - Appellees

---

O R D E R

---

The court grants an extension of the briefing schedule as follows:

FRAP 30(c) page-proof response brief & service of additional designations due: 05/07/2025

Joint appendix due: 05/21/2025

Opening brief, response brief, and any reply brief in final form due: 06/02/2025

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk