FILED: April 21, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 19-2208 (L)
(2:14-cv-16744)

---

RON FOSTER; FOSTER FARMS, LLC; MARKETING & PLANNING SPECIALISTS LIMITED PARTNERSHIP

Plaintiffs - Appellants

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE M. ZELDIN, in his official capacity as Administrator of the Environmental Protection Agency

Defendants - Appellees

---

No. 24-1998
(2:14-cv-16744)

---

RON FOSTER; FOSTER FARMS, LLC; MARKETING & PLANNING SPECIALISTS LIMITED PARTNERSHIP

Plaintiffs - Appellants

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE M. ZELDIN, in his official capacity as Administrator of the Environmental Protection Agency

Defendants - Appellees

---

O R D E R

---

Upon consideration of appellees' unopposed motion for abeyance, the court grants the motion and places this case in abeyance until August 15, 2025.

For the Court

/s/ Nwamaka Anowi, Clerk