FILED: September 21, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 19-2208 (L)
(2:14-cv-16744)

---

RON FOSTER; FOSTER FARMS, LLC; MARKETING & PLANNING SPECIALISTS LIMITED PARTNERSHIP

Plaintiffs - Appellants

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE M. ZELDIN, in his official capacity as Administrator of the Environmental Protection Agency

Defendants - Appellees

---

No. 24-1998
(2:14-cv-16744)

---

RON FOSTER; FOSTER FARMS, LLC; MARKETING & PLANNING SPECIALISTS LIMITED PARTNERSHIP

Plaintiffs - Appellants

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE M. ZELDIN, in his official capacity as Administrator of the Environmental Protection Agency

Defendants - Appellees

---

O R D E R

---

Upon consideration of appellees' unopposed motion to continue the abeyance, the court grants the motion and places this case in abeyance until December 21, 2026.

The appellees are directed to file a status report prior to December 21, 2026.

For the Court

/s/ Nwamaka Anowi, Clerk